## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS CONCERT

    Plaintiff,

        v.

LUZERNE BOROUGH ADMINISTRATIVE
OFFICES, ET AL.,

    Defendants

No. 3:11-CV-2333

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this $3^{ed}$ day of May 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 4) is **ADOPTED.**

    (2)    Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

    (3)    Plaintiff's Complaint  (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

    (4)    The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge