# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS CONCERT

   Plaintiff,

   v.

LUZERNE BOROUGH ADMINISTRATIVE OFFICES, ET AL.,

   Defendants

No. 3:11-CV-2333

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this _3rd_ day of May 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge